IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CYNTHIA ANN BABCOCK,

    Petitioner,

vs.                                       CASE NO.: 5:04cv351-SPM/AK

BUREAU OF PRISONS,

    Respondent.

_____/

**ORDER**

    This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 8) dated March 21, 2005. Petitioner has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed without prejudice pursuant to Federal Rule of

Civil Procedure 41(b) for failure to prosecute and failure to obey an order of the Court.

DONE AND ORDERED this 25th day of April, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 5:04cv351-SPM/AK